DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BUI, HUNG QUANG

Debtor(s)

Chapter 13
Case No.  10-52160 RLE

FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: SEPTEMBER 16, 2010
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street
       San Jose, CA Room 3099
Judge:  EFREMSKY

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 2% Plan for the following reasons:

1. The Trustee is unable to determine whether the Plan is feasible pursuant to 11 U.S.C. § 1325(a)(6).  Sections 1 and 7 of the Plan indicate that the debtor will pay the Trustee the sum of $1,297.48 for 4 months, then $277.10 per month for 56 months.  The term of the plan is estimated, and the debtor must continue to make plan payments until all secured and priority claims have been paid.  Therefore, an Amended Plan must be filed to delete reference to a specific number of months for the payment of $277.10.

Dated: July 30, 2010

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

1

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 30, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| HUNG QUANG BUI<br>1350 DAHLIA LOOP<br>SAN JOSE, CA 95126 | EDDY HSU, ESQ<br>111 N MARKET ST, STE 300<br>SAN JOSE, CA 95113 |

/S/ Jeni Thielmann
Office of Devin Derham-Burk, Trustee

2